■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VANESSA WHITEHURST, True Name LAVONE OLIN, Appellant.

[731 NYS2d 157] —Judgment, Supreme Court, Bronx County (Dominic Massaro, J.), rendered June 12, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in or near school grounds and criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to concurrent terms of 7½ to 15 years, and judgment, same court and Justice, rendered September 25, 1998, convicting defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a concurrent term of 4½ to 9 years, unanimously affirmed.

The court properly refused to give a missing witness charge regarding a "ghost" undercover officer since defendant failed to make a prima facie showing that the officer in question was in a position to observe the drug transaction (*People v Kitching*, 78 NY2d 532; *People v Vasquez*, 272 AD2d 226, *lv denied* 95 NY2d 872). The purchasing undercover officer clearly testified that he did not see the ghost until the transaction was over, and that the ghost was a block away. Even if the ghost was in a position to see the undercover officer at some point during or immediately after the transaction, it does not follow that the ghost was in a position to see the exchange of drugs for money.

We perceive no basis for reduction of sentence. Concur—Tom, J. P., Mazzarelli, Wallach, Buckley and Friedman, JJ.